No. 85–7177.  BOOKER *v.* ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION.  C. A. 7th Cir.  Certiorari denied.

No. 85–7178.  JENKINS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 85–7180.  GRANDISON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 85–7181.  LEE *v.* HARDAGE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–7185.  CRUZ *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 85–7186.  KIBBE *v.* CITY OF PORT HURON.  C. A. 6th Cir. Certiorari denied.

No. 85–7187.  DELLOSSO *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 85–7192.  GOODRICH *v.* BANK OF AMERICA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85–7193.  BERIK *v.* UNITED STATES; and
No. 85–7218.  BAKAK *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.  Reported below: 789 F. 2d 917.

No. 85–7194.  HOWARD *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 85–7196.  WROBLEWSKI *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 85–7197.  WILLIAMSON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 85–7199.  WALKER *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 85–7200.  SMITH *v.* HAMBY, WARDEN.  C. A. 6th Cir. Certiorari denied.